UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH A. SWEENEY, Plaintiff, | : | CIVIL NO. 05-080 T |
| v. | : | |
| UNITED STATES OF AMERICA, Defendant. | : | APRIL 19, 2005 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, the United States of America, respectfully requests an extension of time of thirty (30) days, up to and including May 25, 2005, to respond to the Complaint. In support of this motion, the defendant represents as follows:

1. This civil action includes a federal tort claim and other claims arising from Plaintiff's employment with the United States Navy in Newport, Rhode Island.

2. A response to the Complaint is due Monday, April 25, 2005.

3. The U.S. Attorney's Office for the District of Rhode Island was served on February 24, 2005. That office has since been recused from handling this matter. I was appointed a Special Attorney for the District of Rhode Island for the purpose of defending this action on April 1, 2005.

4. I have been on out-of-state business travel for most of the last 30 days. I have more travel and significant discovery

4

and motions deadlines in other cases through May 13. I work a part-time schedule of four days a week.

5. For the foregoing reasons, defense counsel requires additional time to prepare a response to the Complaint.

6. I attempted to confer with Plaintiff's counsel, Frances Flanagan, about this motion but have not been able to ascertain whether Plaintiff objects to it.

7. This is the first motion for extension of the deadline to respond to the Complaint.

WHEREFORE the defendant respectfully requests that the Court grant an extension of time, up to and including May 25, 2005, to file a response to the Complaint.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
SPECIAL ATTORNEY FOR THE
DISTRICT OF RHODE ISLAND
450 Main Street, Room 328
Hartford, Connecticut 06103
(860) 947-1101
(860) 240-3291 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion was served via first-class mail, postage prepaid, on this 19th day of April, 2005 on the following:

Francis J. Flanagan
Sayer, Regan & Thayer
130 Bellevue Avenue
Newport, Rhode Island 02840

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY