UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH A. SWEENEY, | : | |
| Plaintiff, | : | CIVIL NO. 05-080 T |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | APRIL 20, 2005 |

**PLAINTIFF'S REPLY TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Now comes the Plaintiff, Joseph A. Sweeney, by and through his Attorney, Francis J. Flanagan, Esq., and hereby states that he has no objection to the Defendant's Motion for Extension of Time to Respond to the Complaint.

JOSEPH A. SWEENEY
By His Attorneys

Francis J. Flanagan, Esq. (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

**CERTIFICATION**

I hereby certify that on the 21 day of April, 2005, I mailed a true copy of the within to Carolyn A. Ikari, Esquire, Special Attorney for the District of Rhode Island, 450 Main Street, Room 328, Hartford, Connecticut 06103, via regular first-class mail, postage prepaid.

Sandra A. Johnson, Paralegal

6