UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Carolyn Alvari

RE: CA 05-080 T

Sweeney v. U.S.

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 5/25/05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

_____ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $150.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

__X__ 8. Document violates Amended General Order 2002-01. exceeds page limit and permission has not been granted to do so.

_____ 9. Other: _____

ENTER:

David L. Martin
United States Magistrate Judge

Date: 5/25/05

cc: Counsel of Record

8

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH A. SWEENEY, | : | |
| Plaintiff, | : | CIVIL NO. 05-080 T |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | MAY 24, 2005 |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(1), Fed. R. Civ. P., the defendant, the United States of America, respectfully moves to dismiss this civil action in its entirety for lack of subject matter jurisdiction. In support of this motion, Defendant submits the accompanying memorandum of law.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
SPECIAL ATTORNEY FOR THE
DISTRICT OF RHODE ISLAND
450 Main Street, Room 328
Hartford, Connecticut 06103
(860) 947-1101
(860) 240-3291 (facsimile)