UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH A. SWEENEY, Plaintiff, | : | CIVIL NO. 05-080 T |
| v. | : | |
| UNITED STATES OF AMERICA, Defendant. | : | JUNE 1, 2005 |

**DEFENDANT'S MOTION FOR LEAVE TO FILE EXCESS PAGES AND MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO RESPOND TO COMPLAINT**

Defendant, the United States of America, respectfully requests leave to file a memorandum of law in support of its motion to dismiss that is 27 pages long. The Defendant also requests a corresponding extension of time of seven days after this Court's ruling on the excess pages motion to file the response to the complaint. In support of this motion, the defendant represents as follows:

1. This civil action includes a federal tort claim and other claims arising from Plaintiff's employment with the United States Navy in Newport, Rhode Island.

2. A response to the Complaint was due May 25, 2005. On May 24, 2005, I dispatched by overnight delivery the defendant's motion to dismiss and a supporting memorandum of law for filing with the Clerk. I learned today that the filing was rejected because the memorandum is 27 pages long.

3. I am an Assistant U.S. Attorney in the District of

Connecticut. I am appointed as a Special Attorney for the District of Rhode Island for the purposes of defending this matter, as the U.S. Attorney's Office for the District of Rhode Island is recused from handling this case.

4. Prior to filing the memorandum, I wondered whether the length of the brief would be a problem. I looked in the Local Rules for the District of Rhode Island for a page limitation, but found none. I thought that by looking in the local rules I would find any restrictions on length of memoranda. I was not aware of this district's Amended General Order 2002-01 and its page limitation and other requirements. I am sorry for this oversight.

5. Exceeding the page limitation by seven pages is required to adequately present the motion to dismiss. The Complaint contains six causes of action. The motion to dismiss is directed at the entirety of the Complaint and is based on four distinct grounds.

6. I conferred with Plaintiff's counsel, Frances Flanagan, about the relief requested in this motion, and Plaintiff does not object to it.

7. This is the second motion for extension of the deadline to respond to the Complaint.

WHEREFORE the defendant respectfully requests that the Court grant leave to file a memorandum of law in support

of Defendant's motion to dismiss that is 27 pages long. The Defendant also requests an extension of time to respond to the Complaint of seven days after this Court's ruling on the excess pages motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
SPECIAL ATTORNEY FOR THE
DISTRICT OF RHODE ISLAND
450 Main Street, Room 328
Hartford, Connecticut 06103
(860) 947-1101
(860) 240-3291 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion was served via first-class mail, postage prepaid, on this 1st day of June, 2005 on the following:

Francis J. Flanagan
Sayer, Regan & Thayer
130 Bellevue Avenue
Newport, Rhode Island 02840

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY