UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH A. SWEENEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 05-080 T |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | JULY 7, 2005 |

**DEFENDANT'S WITHDRAWAL OF MOTION TO DISMISS**

Defendant respectfully withdraws its motion to dismiss [doc. #11], filed June 20, 2005, in light of the parties' Joint Motion For Stay [doc. #12], filed June 30, 2005. The joint motion for stay addresses the same jurisdictional issue raised in the motion to dismiss. Therefore, the motion to dismiss is superfluous and the defendant withdraws it.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
SPECIAL ATTORNEY FOR THE
DISTRICT OF RHODE ISLAND
450 Main Street, Room 328
Hartford, Connecticut 06103
(860) 947-1101
(860) 240-3291 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via first-class mail, postage prepaid, on this 7th day of July, 2005 on the following:

Francis J. Flanagan
Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue
Newport, Rhode Island 02840

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY