**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH A. SWEENEY,<br>Plaintiff | : | |
| | : | CIVIL NO.: CR 05-080 T |
| vs. | : | |
| UNITED STATES OF AMERICA,<br>Defendant | : | AUGUST 17, 2005 |

## MOTION TO CONTINUE

Comes now the Plaintiff, Joseph A. Sweeney, by and through his attorney, Francis J. Flanagan, and moves that this Court to Continue the Status Conference currently scheduled for Tuesday, August 30, 2005 for reasons stated in the accompanying Memorandum.

Respectfully submitted,
Joseph A. Sweeney,

Francis J. Flanagan, Esq. (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840
(401) 849-3040

CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of August, 2005, I served by fax and by first class mail, postage prepaid, a copy of the within Motion to Continue to the following:

FAX (203) 773-5373
Victoria Shin, Esq.
Assistant U.S. Attorney
United States Attorney
District of Connecticut
157 Church Street
New Haven, Connecticut 06510

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH A. SWEENEY,<br>Plaintiff | : | CIVIL NO.: CR 05-080 T |
| vs. | : | |
| UNITED STATES OF AMERICA,<br>Defendant | : | AUGUST 17, 2005 |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION TO CONTINUE**

Now comes the Plaintiff, Joseph A. Sweeney, by and through his Attorney, Francis J. Flanagan, and hereby states the following:

1. Administrative matters have been initiated with the Defendant which may make this litigation unnecessary; and

2. Plaintiff's attorney has fractured his knee which makes court appearances in Providence difficult.

Therefore, Plaintiff respectfully requests that the Court continue the Status Conference for no sooner than 45 days.

Respectfully submitted,
Joseph A. Sweeney,

Francis J. Flanagan, Esq. (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840
(401) 849-3040

CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of August, 2005, I served by fax and by first class mail, postage prepaid, a copy of the within Memorandum in Support of Motion to Continue to the following:

FAX (203) 773-5373
Victoria Shin, Esq.
Assistant U.S. Attorney
United States Attorney
District of Connecticut
157 Church Street
New Haven, Connecticut 06510