UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FILED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH A. SWEENEY, Plaintiff,

v.

UNITED STATES OF AMERICA, Defendant.

CIVIL NO. 05-080 T

JULY 7, 2005

**DEFENDANT'S WITHDRAWAL OF MOTION TO DISMISS**

Defendant respectfully withdraws its motion to dismiss [doc. #11], filed June 20, 2005, in light of the parties' Joint Motion For Stay [doc. #12], filed June 30, 2005. The joint motion for stay addresses the same jurisdictional issue raised in the motion to dismiss. Therefore, the motion to dismiss is superfluous and the defendant withdraws it.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
SPECIAL ATTORNEY FOR THE
DISTRICT OF RHODE ISLAND
450 Main Street, Room 328
Hartford, Connecticut 06103
(860) 947-1101
(860) 240-3291 (facsimile)

GRANTED

Ernest C. Torres
Chief, US District Judge 8/30/05

7/12/05