FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH A. SWEENEY,<br>Plaintiff | : | |
| | : | CIVIL NO.: CR 05-080 T |
| vs. | : | |
| UNITED STATES OF AMERICA,<br>Defendant | : | AUGUST 17, 2005 |

**MOTION TO CONTINUE**

Comes now the Plaintiff, Joseph A. Sweeney, by and through his attorney, Francis J. Flanagan, and moves that this Court to Continue the Status Conference currently scheduled for Tuesday, August 30, 2005 for reasons stated in the accompanying Memorandum.

Passed as moot.

Ernest C. Torres, Chief Judge
Sept. 6, 2005

Respectfully submitted,
Joseph A. Sweeney,

Francis J. Flanagan, Esq. (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840
(401) 849-3040

CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of August, 2005, I served by fax and by first class mail, postage prepaid, a copy of the within Motion to Continue to the following:

FAX (203) 773-5373
Victoria Shin, Esq.
Assistant U.S. Attorney
United States Attorney
District of Connecticut
157 Church Street
New Haven, Connecticut 06510