UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEPH SWEENEY,

Plaintiff,

v. C.A. No. 05-080T

UNITED STATES OF AMERICA,

Defendant.

ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS

The parties' Joint Motion for Stay of Proceedings is granted. This case is hereby stayed until September 30, 2005.

Plaintiff's Motion to Continue Status Conference is passed as moot.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: September 1, 2005