UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEPH A. SWEENEY,

Plaintiff,

v. C.A. No. 05-080T

UNITED STATES OF AMERICA,

Defendant.

ORDER GRANTING IN PART JOINT MOTION FOR EXTENSION OF STAY

The parties' Joint Motion for Extension of Stay is granted in part. The stay this Court imposed on September 1, 2005 is hereby extended until either 1) January 31, 2006 or 2) the United States Department of Labor's Office of Workers' Compensation Programs issues its decision in the Plaintiff's Federal Employee Compensation Act proceeding, whichever occurs sooner.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: November 3 , 2005