UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEPH A. SWEENEY

v. CA No. 05-80-T

UNITED STATES OF AMERICA

**ORDER GRANTING MOTION TO DISMISS**

Defendant'S motion to dismiss (Document No. 21) is hereby GRANTED and the case is hereby DISMISSED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 13, 2006